UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DAPHNIE MONGERARD<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-12705-PMM |

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 08/02/2024.

3. This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 03/18/2025                                  Respectfully submitted,

                                                                 */s/ Kenneth E. West, Esq.*
                                                                 Kenneth E. West, Esq.
                                                                 Standing Chapter 13 Trusteee
                                                                 190 N. Independence Mall West
                                                                 Suite 701
                                                                 Philadelphia, PA  19106
                                                                 Telephone: (215) 627-1377